UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ANNABELLE MEEHAN

§ Case No. 09-32247
§ Hon. PAMELA S. HOLLIS
§ Chapter 7
§
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 3/11/10 in Courtroom 644, Dirksen Federal Building Courthouse, 219 S. Dearborn Street - Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk United States Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910 - Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: ANNABELLE MEEHAN § Case No. 09-32247
§ Hon. PAMELA S. HOLLIS
§ Chapter 7
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $15,003.41 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $15,003.41 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee   ALLAN J. DeMARS | $2,250.34 | $5.88 |
| Attorney for trustee | | |
| Appraiser | | |
| Auctioneer | | |
| Accountant | | |
| Special Attorney for trustee | | |
| Charges,   U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | | |
| Attorney for | | |
| Accountant for | | |
| Appraiser for | | |
| Other | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $37,087.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __34.4__ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $6,861.79 | $2,358.41 |
| 2 | American Express Centurion Bank | $5,334.47 | $1,833.47 |
| 3 | FIA Card Services, NA successor to Bank of America and MBNA America Bank | $9,610.24 | $3,303.06 |
| 4 | GE Money Bank (JC Penney) | $2,864.84 | $984.65 |
| 5 | GE Money Bank (Walmart) | $3,020.69 | $1,038.22 |
| 6 | Capital Recovery III LLC assignee of Carsons | $1,406.88 | $483.55 |
| 7 | Capital Recovery III LLC assignee of Sears | $7,989.00 | $2,745.83 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ___ 0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___ 0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____ $0.00.

UST Form 101-7-NFR (9/1/2009)

Prepared By: <u>ALLAN J. DeMARSS</u>
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                 Page 1 of 1                   Date Rcvd: Feb 02, 2010
Case: 09-32247                 Form ID: pdf006              Total Noticed: 27

The following entities were noticed by first class mail on Feb 04, 2010.
db           +Anabelle J. Meehan,    1221 Helen Lane,    Elk Grove Village, IL 60007-3054
aty          +Joseph P Doyle,    Law Office of Joseph P Doyle,    105 S Roselle Road,   Suite 203,
               Schaumburg, IL 60193-1631
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
14639192      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14391084     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14391085     +Arrow Financial Servic,    5996 W Touhy Ave,    Niles, IL 60714-4610
14391086     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
14391087     +Blitt and Gaines PC,    Attn: Bankruptcy Dept.,    661 Glenn Ave,   Wheeling, IL 60090-6017
14391090     +CBE Group Inc.,    Attn: Bankruptcy Dept.,    131 Tower Park, Suite 100,    Waterloo, IA 50701-9588
14391088     +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
14391089     +Capital Management Services, LP,    726 Exchange Street,    Suite 700,   Buffalo, NY 14210-1464
14938360     +Capital Recovery III LLC As Assignee of CARSONS,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14949825     +Capital Recovery III LLC As Assignee of Sears,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14391091      Citgo Credit Card Center,    Processing Center,    Des Moines, IA 50362-0300
14776158      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK   73124-8809
14391093      Friedman & Wexler,    500 W. Madison, Suite 2910,    Chicago, IL 60661-2587
14921781     +GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14391097     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
14391098     +Northland Group Inc,    7831 Glenroy Rd,    Suite 350,    Edina, MN 55439-3133
14391099     +Palisades Collection L,    210 Sylvan Ave,    Englewood, NJ 07632-2524
14391100     +The Swiss Colony,    Attn: Bankruptcy Dept.,    1112 7th Avenue,    Monroe, WI 53566-1364
The following entities were noticed by electronic transmission on Feb 02, 2010.
14603136      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 03 2010 01:33:00      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
14391092     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 03 2010 01:33:00      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
14921782     +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2010 01:44:46      GE Money Bank dba WALMART,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14391094     +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2010 01:44:46      Gemb/Jcp,    Po Box 984100,
               El Paso, TX 79998-4100
14391095     +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2010 01:44:46      Gemb/Walmart,    Po Box 981400,
               El Paso, TX 79998-1400
14391096     +E-mail/Text: resurgentbknotifications@resurgent.com                          Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2010**          **Signature:** *Joseph Speetjens*